**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
VINCENT WILLIAMS, individually and on behalf
of all others similarly situated,

                    Plaintiff,

   -against-                                            21 **CIVIL** 6656 (CS)

                                                       **JUDGMENT**

MRS BPO, L.L.C., d/b/a MRS ASSOCIATES,

                    Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2022, Defendant's motion is GRANTED, and Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      July 14, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                    **BY:**      *K. Mango*

                                                       **Deputy Clerk**